IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MATT OWENS,<br><br>               Petitioner,<br><br>     v.<br><br>STATE OF ALASKA,<br><br>               Respondent. | Case No. 2:22-cv-00004-SLG |

## ORDER

On March 4, 2024, at Docket 50, the U.S. Court of Appeals remanded this matter for the limited purpose of granting or denying a Certificate of Appealability.

This Court finds that a Certificate of Appealability is not warranted in this case, as jurists of reason would not find it debatable that the high bar for equitable tolling of the statute of limitations in the Antiterrorism and Effective Death Penalty Act ("AEDPA") was not met in this case. 28 U.S.C. § 2244(d); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED this 2nd day of July 2024, at Anchorage, Alaska.

                                                         */s/ Sharon L. Gleason*
                                                         UNITED STATES DISTRICT JUDGE